STATE OF NEW JERSEY v. DANIEL NICHOLSON.

March 11, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN HILER.

March 11, 1980.

Petition for certification denied.

GEORGE ROGERS v. JAMES A. WILLIAMS.

March 11, 1980.

Petition for certification denied.